UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| JAIME DIXON VIAR, | ) | |
| | ) | |
| Plaintiff, | ) | 1:20-CV-00039-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| BLUECROSS BLUESHIELD OF TENNESSEE, INC., VOLUNTEER STATE HEALTHCARE PLAN, INC., | ) ) ) | |
| | ) | |
| Defendants | | |

**ORDER**

On January 4, 2021 Defendants filed a motion to dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure [Doc. 27]. Plaintiff filed no response. On January 29, 2021, the Court ordered Plaintiff to show cause by February 11, 2021 why this case should not be dismissed for failure to prosecute due to her lack of participation and communication in this matter [Doc. 28]. Plaintiff was advised that failure to show cause by February 11, 2021 would result in the case being dismissed.

The deadline to show cause has passed, and Plaintiff has failed to file a response nor has she communicated any reason for this failure to the Court. For these reasons, this case is **DISMISSED WITH PREJUDICE** for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

All deadlines set in this matter, including the trial date of June 15, 2021, are hereby **CANCELLED**. The Clerk is **DIRECTED** to mail Plaintiff a copy of this order at the address on file and close the case.

SO ORDERED:

s/Clifton L. Corker
United States District Judge